No. 77–5178. SIMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5181. TOPE v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 77–5182. SUNDAY v. UNITED STATES DISTRICT COURT. C. A. 6th Cir. Certiorari denied.

No. 77–5186. HOLSEY v. MARYLAND INMATE GRIEVANCE COMMISSION. City Ct. of Baltimore, Md. Certiorari denied.

No. 77–5195. WHITEHEAD v. FLAMEGAS COMPANIES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–5197. LEVERITTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5199. PISA v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 77–5200. LIPTROTH v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 77–5201. COLLINS v. FOGG, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 77–5202. MANGIOPANE v. JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 77–5203. STEPHENS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5204. MURRAY v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–5208. TOLIVER v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.